UNITED STATES of America,
Plaintiff–Appellee

v.

Carlos MORALES–JIMENEZ also
known as, Rigoberto Morales,
Defendant–Appellant.

No. 04–51348.

United States Court of Appeals,
Fifth Circuit.

Decided May 20, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Nancy Gosnell Revelette, El Paso, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the Appellees unopposed motion to vacate the sentence is GRANTED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

IT IS FURTHER ORDERED that the Appellees unopposed motion to remand the case to the United States District Court for the Western District of Texas, El Paso Division for resentencing is GRANTED.

IT IS FURTHER ORDERED that the Appellees alternative motion to extend time to file the Appellees brief until fourteen (14) days from the Courts denial of the Appellees motion to vacate and remand is DENIED AS MOOT.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.